UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO SERVICES GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-06134-JST<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

This case was filed on August 10, 2021. As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

168 days have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve. A written response to this order is due by February 8, 2022. The Court will conduct a hearing on the order to show cause on February 22, 2022 at 2:00 p.m.

If Plaintiff's written response to the order to show cause is accompanied by satisfactory evidence that the summons and complaint have been served, the order to show cause will be withdrawn and the February 22 hearing will be converted to a case management conference. If Plaintiff does not respond to this order, the case will be dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41.

The January 25, 2022 case management conference is vacated.

**IT IS SO ORDERED.**

Dated:  January 25, 2022



JON S. TIGAR
United States District Judge